**LEHMAN LAW PC**
**2026 PAYROLL**
**LORI PRASHKER-THOMAS**
**5/29/2026**      **Pay Period 05/09/2026 to 05/22/2026**

| | | | | | | | 10.00% | 6.20% | 1.45% | 3.07% | 2.18% | 0.07% | $ 2.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Check # | Employee Name | Hourly Rate | Hours Worked | Gross Wages | Federal Taxable Wages | Federal Withholding | Social Security | Medicare | State Withholding | Local Withholding | PAUC Withholding | LST | Total Deductions | Net Wages |
| 05/29/26 | electronic | Lori Prashker-Thomas | $ 16.50 | 50.0000 | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |
| Total | | | | | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |

**Employee:**                     **Employer:**                     **Locality:**                     **PSD Code:**

Lori Prashker-Thomas              Lehman Law PC                     Kingston Borough                  401104
805 Nandy Drive
Kingston, PA 18704

**LEHMAN LAW PC**
**2026 PAYROLL**
**LORI PRASHKER-THOMAS**
**6/12/2026**     **Pay Period 05/23/2026 to 06/05/2026**

| | | | | | | | | 10.00% | 6.20% | 1.45% | 3.07% | 2.18% | 0.07% | $ 2.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Check # | Employee Name | Hourly Rate | Hours Worked | Gross Wages | Federal Taxable Wages | Federal Withholding | Social Security | Medicare | State Withholding | Local Withholding | PAUC Withholding | LST | Total Deductions | Net Wages |
| 06/12/26 | electronic | Lori Prashker-Thomas | $ 16.50 | 50.0000 | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |
| Total | | | | | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |

**Employee:**                          **Employer:**                          **Locality:**                          **PSD Code:**

Lori Prashker-Thomas                   Lehman Law PC                          Kingston Borough                       401104
805 Nandy Drive
Kingston, PA 18704

**LEHMAN LAW PC**
**2026 PAYROLL**
**LORI PRASHKER-THOMAS**
**6/26/2026**       **Pay Period 06/06/2026 to 06/19/2026**

| | | | | | | | | 10.00% | 6.20% | 1.45% | 3.07% | 2.18% | 0.07% | $ 2.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Check # | Employee Name | Hourly Rate | Hours Worked | Gross Wages | Federal Taxable Wages | Federal Withholding | Social Security | Medicare | State Withholding | Local Withholding | PAUC Withholding | LST | Total Deductions | Net Wages |
| 06/26/26 | electronic | Lori Prashker-Thomas | $ 16.50 | 50.0000 | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |
| Total | | | | | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |

**Employee:**                                **Employer:**                        **Locality:**                        **PSD Code:**

Lori Prashker-Thomas                    Lehman Law PC                    Kingston Borough            401104
805 Nandy Drive
Kingston, PA 18704

**LEHMAN LAW PC**
**2026 PAYROLL**
**LORI PRASHKER-THOMAS**
**7/10/2026**      **Pay Period 06/20/2026 to 07/03/2026**

| | | | | | | | 10.00% | 6.20% | 1.45% | 3.07% | 2.18% | 0.07% | $ 2.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Check # | Employee Name | Hourly Rate | Hours Worked | Gross Wages | Federal Taxable Wages | Federal Withholding | Social Security | Medicare | State Withholding | Local Withholding | PAUC Withholding | LST | Total Deductions | Net Wages |
| 07/10/26 | electronic | Lori Prashker-Thomas | $ 16.50 | 50.0000 | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |
| Total | | | | | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |

**Employee:**                                    **Employer:**                         **Locality:**                    **PSD Code:**

Lori Prashker-Thomas                         Lehman Law PC                        Kingston Borough            401104
805 Nandy Drive
Kingston, PA 18704