**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| LORI PRASHKER-THOMAS | : | Bk. No. 5:26-bk-02096-MJC |
| *aka* CEREMONIES BY LORI | : | |
| *aka* SHADOWCATCHER PHOTOGRAPHY | : | |
| | : | |
| *Debtor* | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as Counsel on behalf of Citymark Federal Credit Union in the above captioned matter.

Pursuant to Rule 2002 (G), this is a request for copies of all notices, and all other documents filed in the above captioned case which documents are to be sent to the undersigned at the address shown below.

Bresset & Santora, LLC by,

/s/ STEPHEN G. BRESSET

August 10, 2026

Stephen G. Bresset, Esq.
I.D. #22624
812 Court Street
Honesdale, PA 18431