# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                          :        Chapter 13
                                                :
LORI PRASHKER-THOMAS                             :        Bk. No. 5:26-bk-02096-MJC
*aka* CEREMONIES BY LORI                         :
*aka* SHADOWCATCHER PHOTOGRAPHY                  :
                                                :
            *Debtor*                            :

## CERTIFICATE OF SERVICE

I, STEPHEN G. BRESSET, hereby certify that a true and correct copy of the Entry of Appearance has been served by First Class Mail, Email, or by ECF upon the following parties of interest on August 10, 2026:

Sabatini Law Firm LLC
Attn: Carlo Sabatini, Esquire
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

*/s/ Stephen G. Bresset*
Stephen G. Bresset