**LEHMAN LAW PC**
**2026 PAYROLL**
**LORI PRASHKER-THOMAS**
**7/24/2026** **Pay Period 07/04/2026 to 07/17/2026**

| Date | Check # | Employee Name | Hourly Rate | Hours Worked | Gross Wages | Federal Taxable Wages | Federal Withholding | Social Security | Medicare | State Withholding | Local Withholding | PAUC Withholding | LST | Total Deductions | Net Wages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10.00% | 6.20% | 1.45% | 3.07% | 2.18% | 0.07% | $ 2.00 | | |
| 07/24/26 | electronic | Lori Prashker-Thomas | $ 16.50 | 50.0000 | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |
| Total | | | | | $ 825.00 | $ 825.00 | $ 82.50 | $ 51.15 | $ 11.96 | $ 25.33 | $ 17.94 | $ 0.58 | $ 2.00 | $ 191.46 | $ 633.54 |

| Employee: | Employer: | Locality: | PSD Code: |
|---|---|---|---|
| Lori Prashker-Thomas<br>805 Nandy Drive<br>Kingston, PA 18704 | Lehman Law PC | Kingston Borough | 401104 |