United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02096-MJC
Lori Prashker-Thomas Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 14, 2026 Form ID: ntcnfhrg Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Prashker-Thomas, 805 Nandy Dr., Kingston, PA 18704-5638 |
| 5820791 | + | Citibank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 5824586 | + | CityMark Federal Credit Union, 225 South River Street, Plains, PA 18705-1123 |
| 5820793 | | Citymark Federal Credit Union, 40 E Market St, Wilkes Barre, PA 18711-0454 |
| 5820794 | + | Coal Creative, 45 E Northampton Street, Wilkes Barre, PA 18701-2401 |
| 5820799 | + | Jessica Leigh Pleskach, Esq., Caverly, Shea, Phillips & Rodgers LLC, 1170 Highway 315 Blvd, Ste 1, Wilkes Barre, PA 18702-6906 |
| 5820800 | + | Judith Koral dba 311 Market St, 311 Market St, Kingston, PA 18704-5428 |
| 5823938 | + | Kevin M. Walsh, Esquire, 297-299 Pierce Street, Kingston, PA 18704-5147 |
| 5820801 | + | Kevin Michael Walsh, Esq., 297-299 Pierce St, Kingston, PA 18704-5147 |
| 5820802 | + | Michael W Thomas, 805 Nandy Drive, Kingston, PA 18704-5638 |
| 5820808 | + | William Kozuck, 1352 Post Hill Rd, Factoryville, PA 18419-7863 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5820789 | | Email/Text: amscbankruptcy@adt.com | Sep 14 2026 18:53:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 5820796 | ^ | MEBN | Sep 14 2026 18:45:15 | CR Corp, PO Box 4100, Canton, GA 30114-0217 |
| 5820790 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2026 18:55:25 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5820792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2026 18:55:29 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5820795 | + | Email/Text: documentfiling@lciinc.com | Sep 14 2026 18:51:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5820797 | | Email/Text: Bankruptcy@ICSystem.com | Sep 14 2026 18:52:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 5828797 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5820803 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 14 2026 18:53:00 | Pennsylvania American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 5820804 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2026 18:55:25 | Synchrony Bank/PayPal, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5820805 | | Email/Text: bkrcy@ugi.com | Sep 14 2026 18:53:00 | UGI Utilites, PO Box 13009, Reading, PA 19612-3009 |
| 5820806 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 14 2026 18:51:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5820807 | + | Email/Text: BKRMailOps@weltman.com | Sep 14 2026 18:52:00 | Weltman, Weinberg & Reis Co., LPA, 5990 W Creek Rd, Suite 200, Cleveland, OH 44131-2191 |
| 5820811 | | Email/Text: documentfiling@lciinc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 14 2026 18:51:00 | Xfinity, PO Box 21129, Eagan, MN 55121-0129 |
| 5820810 | | Email/Text: documentfiling@lciinc.com | | |
| | | | Sep 14 2026 18:51:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |
| 5820809 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Sep 14 2026 18:51:00 | Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 5820798 | ^ | MEBN | | |
| | | | Sep 14 2026 18:45:57 | iRhythm Technologies, Inc., 699 8th St., Suite 600, San Francisco, CA 94103-4901 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CityMark Federal Credit Union, 225 South River Street, Plains, PA 18705-1123 |
| 5823939 | *+ | Judith Koral dba 311 Market St, 311 Market Street, Kingston, PA 18704-5428 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Lori Prashker-Thomas usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Stephen G. Bresset | on behalf of Creditor CityMark Federal Credit Union sbresset@bressetsantora.com nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com;stacy@bressetsantora.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Lori Prashker−Thomas,<br>aka Ceremonies by Lori, aka Shadowcatcher Photography,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:26−bk−02096−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 22, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 29, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 14, 2026 |

ntcnfhrg (08/21)