United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Lori Prashker-Thomas
Debtor

Case No. 26-02096-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: Sep 14, 2026 | Form ID: pdf002 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Prashker-Thomas, 805 Nandy Dr., Kingston, PA 18704-5638 |
| 5820791 | + | Citibank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 5824586 | + | CityMark Federal Credit Union, 225 South River Street, Plains, PA 18705-1123 |
| 5820793 | | Citymark Federal Credit Union, 40 E Market St, Wilkes Barre, PA 18711-0454 |
| 5820794 | + | Coal Creative, 45 E Northampton Street, Wilkes Barre, PA 18701-2401 |
| 5820799 | + | Jessica Leigh Pleskach, Esq., Caverly, Shea, Phillips & Rodgers LLC, 1170 Highway 315 Blvd, Ste 1, Wilkes Barre, PA 18702-6906 |
| 5820800 | + | Judith Koral dba 311 Market St, 311 Market St, Kingston, PA 18704-5428 |
| 5823938 | + | Kevin M. Walsh, Esquire, 297-299 Pierce Street, Kingston, PA 18704-5147 |
| 5820801 | + | Kevin Michael Walsh, Esq., 297-299 Pierce St, Kingston, PA 18704-5147 |
| 5820802 | + | Michael W Thomas, 805 Nandy Drive, Kingston, PA 18704-5638 |
| 5820808 | + | William Kozuck, 1352 Post Hill Rd, Factoryville, PA 18419-7863 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5820789 | | Email/Text: amscbankruptcy@adt.com | Sep 14 2026 18:53:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 5820796 | ^ | MEBN | Sep 14 2026 18:45:17 | CR Corp, PO Box 4100, Canton, GA 30114-0217 |
| 5820790 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2026 18:55:09 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5820792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2026 18:55:21 | Citicards Cbna, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5820795 | + | Email/Text: documentfiling@lciinc.com | Sep 14 2026 18:51:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5820797 | | Email/Text: Bankruptcy@ICSystem.com | Sep 14 2026 18:52:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 5828797 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2026 18:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5820803 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 14 2026 18:53:00 | Pennsylvania American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 5820804 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2026 18:55:25 | Synchrony Bank/PayPal, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 5820805 | | Email/Text: bkrcy@ugi.com | Sep 14 2026 18:53:00 | UGI Utilites, PO Box 13009, Reading, PA 19612-3009 |
| 5820806 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 14 2026 18:51:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5820807 | + | Email/Text: BKRMailOps@weltman.com | Sep 14 2026 18:52:00 | Weltman, Weinberg & Reis Co., LPA, 5990 W Creek Rd, Suite 200, Cleveland, OH 44131-2191 |
| 5820811 | | Email/Text: documentfiling@lciinc.com | | |

| | | | | |
|---|---|---|---|---|
| 5820810 | | Email/Text: documentfiling@lciinc.com | Sep 14 2026 18:51:00 | Xfinity, PO Box 21129, Eagan, MN 55121-0129 |
| 5820809 | + | Email/Text: documentfiling@lciinc.com | Sep 14 2026 18:51:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |
| 5820798 | ^ | MEBN | Sep 14 2026 18:51:00 | Xfinity, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| | | | Sep 14 2026 18:45:59 | iRhythm Technologies, Inc., 699 8th St., Suite 600, San Francisco, CA 94103-4901 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | CityMark Federal Credit Union, 225 South River Street, Plains, PA 18705-1123 |
| 5823939 | *+ | Judith Koral dba 311 Market St, 311 Market Street, Kingston, PA 18704-5428 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Lori Prashker-Thomas usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Stephen G. Bresset | on behalf of Creditor CityMark Federal Credit Union sbresset@bressetsantora.com nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com;stacy@bressetsantora.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Lori Prashker-Thomas | CHAPTER 13<br><br>CASE NO.<br><br>_X_ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)<br>_0_ Number of Motions to Avoid Liens<br>_0_ Number of Motions to Value Collateral |

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

**A. Plan Payments From Future Income**

1. To date, the Debtor paid __$0.00__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is __$13,320.00__ , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 08/2026 | 07/2029 | 370.00 | 0.00 | 370.00 | 13,320.00 |
| | | | | Total Payments: | 13,320.00 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: _X_ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is _$2,928.85_. (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

_X_ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions. Check one.**

_X_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** *Check one.*

__ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

_X_ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Rocket Mortgage | 805 Nandy Dr, Kingston, PA 18704 | 0.00 | 0.00 | 0.00 |
| CityMark FCU | 2023 Jeep Cherokee | 0.00 | 0.00 | 0.00 |

D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

_X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F.** **Surrender of Collateral.** *Check one.*

X None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

X None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

   a. In addition to the retainer of ______________ already paid by the Debtor, the amount of ______________ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. The balance of fees owed to the attorney for the debtor(s) is estimated to be less than $5,995.00 This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditor consistent with the priority scheme established in this plan.

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   X None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B.** **Priority Claims (including certain Domestic Support Obligations)**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

X None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

X None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** ***Check one of the following two lines.***

__ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

X The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Judith Koral | Commercial lease | | | | | Reject |
| Verizon Wireless | Cell phone service | | | | | Assume |
| Xfinity | Cable/internet service | | | | | Assume |

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:* **See § 9.**

__plan confirmation.
__entry of discharge.
__closing of case.

**7. DISCHARGE: (Check one)**

( x ) The debtor will seek a discharge pursuant to § 1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A.Vesting of Property. Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

Dated: July 27, 2026

________________________________
Attorney for Debtor

________________________________
Debtor

________________________________
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.