IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lori Prasher-Thomas
Debtor

CASE NO-5-26-bk-02096
CHAPTER 13

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (Claim No.2)
FILED BY Judith Joral dba 311 Market St

TO THE CLERK;

Kindly mark the Proof of Claim filed by Judith Koral dba 311 Market St (Claim No. 2) withdrawn.

An Objection has not been filed to this claim. A complaint was not filed against the claimant. Claimant has not accepted, rejected or otherwise participated significantly of record in the case. (3006-1)

Kevin M Walsh, Esquire
Attorney for Creditor
297-299 Pierce Street
Kingston, Pa., 18704
570-283-3041
kmwesq@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lori Prasher-Thomas<br>Debtor | CASE NO-5-26-bk-02096<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE OF**

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (Claim No.2)**
FILED BY Judith Joral dba 311 Market St

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing was forwarded to the below named on the 13th day of October , 2026, as follows:

Jack N Zaharopolos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - **By Clerk's Notice of Electronic Filing**

**Carlo Sabatini, Esquire**
**Sabatini Law Firm, LLC**
**216 N Blakely St.**
**Dunmore, PA 18512** - **By Email usbkt@bankruptcypa,com**

**and**

**cc: Judith Koral dba Market St**

/s/Kevin M. Walsh, Esquire
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041
kmwesq@aol.com