IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICVT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI PRASHKER-THOMAS** | : | **Chapter 13 Bankruptcy** |
| | : | |
| | : | |
| **Debtor** | : | **Case No. 5-26-bk-02096** |

# ORDER APPROVING STIPULATION RESOLVING OBJECTIONS TO PROOF OF CLAIM No. 2 FILED BY JUDITH KORAL dba 311 MARKET

Upon and after due consideration, the Stipulation by and between, Creditor Judith Koral dba 311 Market Street and Debtor resolving Debtor's disputes and Objections to Proof of Claim No. 2 filed by Creditor is hereby approved and the provisions of the automatic stay are modified to allow the retention of the security deposit to occur.