IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lori Prasher-Thomas
Debtor

CASE NO-5-26-bk-02096
CHAPTER 13

**CERTIFICATE OF SERVICE OF**
**OF**
**MOTION TO APPROVE**
**STIPULATION RESOLVING OBJECTIONS**
**TO PROOF OF CLAIM No. 2 FILED BY JUDITH KORAL dba 311 MARKET**

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing was forwarded to the below named on the 13th day of October , 2026, as follows:

Jack N Zaharopolos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - **By Clerk's Notice of Electronic Filing**

**Carlo Sabatini, Esquire**
**Sabatini Law Firm, LLC**
**216 N Blakely St.**
**Dunmore, PA 18512** - **By Email usbkt@bankruptcypa,com**

**and**

**Attached Matrix** - By mail

/s/Kevin M. Walsh, Esquire
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041
kmwesq@aol.com

**5:26-bk-02096-MJC** Lori Prashker-Thomas
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Honorable:** Mark J Conway
**Date filed:** 07/27/2026 **Date of last filing:** 10/13/2026

# Creditors

| | |
|---|---|
| **ADT**<br>1501 Yamato Road<br>Boca Raton, FL 33431 | (5820789)<br>(cr) |
| **Capital One**<br>AttN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (5820790)<br>(cr) |
| **Citibank/Avenue**<br>PO Box 182789<br>Columbus, OH 43218 | (5820791)<br>(cr) |
| **Citicards Cbna**<br>Attn: Bankruptcy Department<br>PO Box 790046<br>Saint Louis, MO 63179-0046 | (5820792)<br>(cr) |
| **Citymark Federal Credit Union**<br>40 E Market St<br>Wilkes Barre, PA 18711-0454 | (5820793)<br>(cr) |
| **CityMark Federal Credit Union**<br>225 South River Street<br>Plains, PA 18705 | (5824586)<br>(cr) |
| **Coal Creative**<br>45 E Northampton Street<br>Wilkes Barre, PA 18701 | (5820794)<br>(cr) |
| **Comcast Corporation**<br>Comcast Center 1701 John F Kennedy Blvd<br>Philadelphia, PA 19103-2838 | (5820795)<br>(cr) |
| **CR Corp**<br>PO Box 4100<br>Canton, GA 30114 | (5820796)<br>(cr) |
| **IC System**<br>PO Box 64437<br>Saint Paul, MN 55164-0437 | (5820797)<br>(cr) |
| **iRhythm Technologies, Inc.**<br>699 8th St., Suite 600<br>San Francisco, CA 94103 | (5820798)<br>(cr) |
| **Jefferson Capital Systems, LLC**<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | (5828797)<br>(cr) |

**Jessica Leigh Pleskach, Esq.**
Caverly, Shea, Phillips & Rodgers LLC (5820799)
1170 Highway 315 Blvd, Ste 1 (cr)
Wilkes Barre, PA 18702

**Judith Koral dba 311 Market St**
311 Market St (5820800)
Kingston, PA 18704 (cr)

**Judith Koral dba 311 Market St**
311 Market Street (5823939)
Kingston, PA 18704 (cr)

**Kevin M. Walsh, Esquire**
297-299 Pierce Street (5823938)
Kingston, PA 18704 (cr)

**Kevin Michael Walsh, Esq.**
297-299 Pierce St (5820801)
Kingston, PA 18704 (cr)

**Michael W Thomas**
805 Nandy Drive (5820802)
Kingston, PA 18704 (cr)

**Pennsylvania American Water**
PO Box 2798 (5820803)
Camden, NJ 08101 (cr)

**Synchrony Bank/PayPal**
Attn: Bankruptcy (5820804)
PO Box 965064 (cr)
Orlando, FL 32896-5064

**UGI Utilites**
PO Box 13009 (5820805)
Reading, PA 19612-3009 (cr)

**Verizon Wireless**
500 Technology Drive (5820806)
Saint Charles, MO 63304 (cr)

**Weltman, Weinberg & Reis Co., LPA**
5990 W Creek Rd, Suite 200 (5820807)
Cleveland, OH 44131 (cr)

**William Kozuck**
1352 Post Hill Rd (5820808)
Factoryville, PA 18419 (cr)

**Xfinity**
P.O. Box 70219 (5820809)
Philadelphia, PA 19176 (cr)

**Xfinity**
PO Box 21129 (5820811)
Eagan, MN 55121-0129 (cr)

**Xfinity**
PO Box 6505 (5820810)
Chelmsford, MA 01824-0905 (cr)