# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Lori Prashker−Thomas
aka Ceremonies by Lori, aka Shadowcatcher Photography

Case number 5:26−bk−02096−MJC

**Debtor 1**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 16, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: October 30, 2026

orcnfpln(05/18)