**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 13 |
| Lori Prashker−Thomas, | Case No. 5:26−bk−02096−MJC |
| Debtor | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **ORDER CONFIRMING AMENDED CHAPTER 13 PLAN** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 5, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| ADT, LLC<br>PAYROLL OPERATIONS<br>1501 YAMATO RD.<br>BOCA RATON, FL 33431-4438 |
| Capital One<br>AttN: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank/Avenue<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Citicards CBNA<br>Attn: Bankruptcy Department<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 |
| CityMark Federal Credit Union<br>225 South River Street<br>Plains, PA 18705-1123 |
| Citymark Federal Credit Union<br>40 E Market St.<br>Wilkes Barre, PA 18711-0454 |
| Coal Creative<br>45 E Northampton Street<br>Wilkes Barre, PA 18701-2401 |
| Comcast Corporation<br>Comcast Center, 1701 John F Kennedy Blvd.<br>Philadelphia, PA 19103-2899 |
| CR Corp<br>P.O. Box 4100<br>Canton, GA 30114-0217 |
| IC System<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 |
| iRhythm Technologies, Inc.<br>699 8th St., Suite 600<br>San Francisco, CA 94103-4901 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| Jessica Leigh Pleskach, Esq.<br>Caverly, Shea, Phillips & Rodgers, LLC<br>1170 Highway 315 Blvd., Ste. 1<br>Wilkes Barre, PA 18702-6906 |
| Judith Koral<br>311 Market St.<br>Kingston, PA 18704-5428 |

| |
|---|
| Kevin M. Walsh, Esquire<br>297-299 Pierce Street<br>Kingston, PA 18704-5147 |
| Lori Prashker-Thomas & Michael W. Thomas<br>805 Nandy Dr.<br>Kingston, PA 18704-5638 |
| Pennsylvania American Water<br>P.O. Box 2798<br>Camden, NJ 08101-2700 |
| Pennsylvania Department of Revenue, Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Synchrony Bank/PayPal<br>Attn: Bankruptcy<br>P.O. Box 965064<br>Orlando, FL 32896-5064 |
| UGI Utilites<br>P.O. Box 13009<br>Reading, PA 19612-3009 |
| United States Trustee<br>US Courthouse, 1501 N. 6th St.<br>Harrisburg, PA 17102-1104 |
| Verizon Wireless<br>500 Technology Drive<br>Saint Charles, MO 63304-2225 |
| Weltman, Weinberg & Reis Co., LPA<br>5990 W Creek Rd., Suite 200<br>Cleveland, OH 44131-2191 |
| William Kozuck<br>1352 Post Hill Rd.<br>Factoryville, PA 18419-7863 |
| Xfinity<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 |
| Xfinity<br>P.O. Box 21129<br>Eagan, MN 55121-0129 |
| Xfinity<br>P.O. Box 6505<br>Chelmsford, MA 01824-0905 |