**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Lori Prashker-Thomas,** | : | **Case No. 5:26-02096-MJC** |
| **Debtor** | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER APPROVING STIPULATION

Upon consideration of the Stipulation filed at Doc. 23 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,



Mark J. Conway, Bankruptcy Judge
Dated: November 18, 2026